UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO: 1:02CV-113-R

UNITED STATES OF AMERICA     PLAINTIFF

v.

TWENTY-ONE THOUSAND, SEVEN HUNDRED     DEFENDANTS
SEVENTY-ONE DOLLARS ($21,771.00), et al.

## MEMORANDUM OPINION

This matter comes before the Court on the Government's Motion to Dismiss (Docket #51) the claims of Adam Deaton. This matter is now ripe for adjudication. For the following reasons, the Government's claim is **GRANTED**.

On August 31, 2005, the Court entered an order (Docket #49) for the Defendant, Adam Deaton ("Deaton"), to show cause as to why his claim should not be dismissed. The order gave Deaton twenty (20) days to do so. At this time, Deaton has neither responded to the Court's order, nor has he prosecuted his claim regarding the currency. In addition, Deaton has not provided the Government with any discovery regarding his claim. As such, Deaton has failed to show cause pursuant to Federal Rule of Civil Procedure 41, and has failed to abide by the order of the Court. For these reasons, the motion to dismiss is **GRANTED**.

An appropriate order shall issue.